IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BENITA LEWIS heir to BINDA LEWIS, deceased,** | § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-02348 |
| v. | § § | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC-2, AND PHH MORTGAGE CORPORATION,** | § § § § § § § § § § | |
| Defendants. | | |

**DEFENDANTS' CERTIFICATE OF INTERESTED
PARTIES / CORPORATE DISCLOSURE STATEMENT**

Defendants Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("Deutsche Bank") and PHH Mortgage Corporation ("PHH" and together with Deutsche Bank as "Defendants") file this Certificate of Interested Parties/Corporate Disclosure Statement and respectfully show as follows:

**I.**

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Defendants' knowledge:

1. Benita Lewis
   Plaintiff
   c/o Brandy M. Alexander
   2502 La Branch Street
   Houston, Texas 77004
   832-360-2318

   346-998-0886 (Fax)
   brandyalexander@alexanderpllc.com

2. PHH Mortgage Corporation
   Defendant

   Defendant PHH Mortgage Corporation is a wholly owned subsidiary of PHH Corporation, which is a wholly owned subsidiary of Ocwen Financial Corporation, a publicly held company. No publicly held corporation owns more than ten percent (10%) of Ocwen Financial Corporation's stock.

   Defendant
   c/o Mark D. Cronenwett
   Philip W. Danaher
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, Texas 75254
   Telephone: (214) 635-2650

3. Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2

   Deutsche Bank is a national banking association. Deutsche Bank, AG indirectly owns 100% of Deutsche Bank through ownership of subsidiary companies.  Deutsche Bank AG trades under the New York Stock Exchange under ticker symbol DB. No publicly-held company owns 10% or more of Deutsche Bank, AG's stock.

   Defendant
   c/o Mark D. Cronenwett
   Philip W. Danaher
   Mackie Wolf Zientz & Mann, P. C.
   14160 North Dallas Parkway, Suite 900
   Dallas, Texas 75254
   Telephone: (214) 635-2650

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    Southern District Bar No. 21340
    mcronenwett@mwzmlaw.com

    **PHILIP W. DANAHER**
    Texas Bar No. 24078395
    Southern District Bar No. 2023903
    pdanaher@mwzmlaw.com

**MACKIE, WOLF, ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned further certifies that on July 20, 2021, a true and correct copy of the foregoing document was delivered via E-Service to the following counsel of record:

Brandy M. Alexander
2502 La Branch Street
Houston, Texas 77004
832-360-2318
346-998-0886 (Fax)
brandyalexander@alexanderpllc.com

    */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**