IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENITA LEWIS HEIR TO BINDA LEWIS, DECEASED<br>　*Plaintiff*,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC-2, AND PHH MORTGAGE CORPORATION,<br>　*Defendants*. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:21-cv-02348 |

## DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendants Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 (Deutsche Bank") and PHH Mortgage Corporation ("PHH") (together "Defendants") file this Motion to Substitute Counsel and respectfully requests the withdrawal of Mark D. Cronenwett and Philip W. Danaher of Mackie, Wolf, Zientz & Mann, PC, and the substitution of Robert T. Mowrey, B. David L. Foster, and Jennifer Juergens of Locke Lord LLP as its counsel of record. In support of this Motion, Defendants show the Court the following:

　　1.　　Defendants are represented by Mark D. Cronenwett and Philip W. Danaher of Mackie, Wolf, Zientz & Mann, PC located at 14160 N. Dallas Parkway, Suite 900, Dallas, Texas 75254. Defendants have retained new counsel to represent its interests in this case— Robert T. Mowrey, B. David L. Foster, and Jennifer Juergens. Mr. Mowrey, Mr. Foster, and Ms. Juergens

1

are admitted to practice law in the State of Texas, and they have consented to serve as counsel for Defendants in this proceeding. Their contact information is listed below.

2. This Motion is not sought for delay, but so that justice may be served.

For these reasons, Defendants request that the Court grant this Motion, permit the substitution of Robert T. Mowrey, B. David L. Foster, and Jennifer Juergens of Locke Lord LLP as its new counsel of record and the withdrawal of Mark D. Cronenwett and Philip W. Danaher of Mackie, Wolf, Zientz & Mann, PC and grant Defendants such other and further relief to which they may be entitled.

Respectfully submitted,

**MACKIE, WOLF, ZIENTZ & MANN, PC**

*/s/ Mark D. Cronenwett** with permission by JJ*
**Mark D. Cronenwett**
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com

**Phillip W. Danaher**
Texas Bar No. 24078395
Southern District Bar No. 2023903
pdanaher@mwzmlaw.com

**MACKIE, WOLF, ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**WITHDRAWING ATTORNEYS FOR DEFENDANTS**

-AND-

**LOCKE LORD LLP**

/s/ *Jennifer Juergens*
**Robert T. Mowrey**
  State Bar No. 14607500
   Southern District Bar No. 9529
  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**B. David L. Foster**
  State Bar No. 24031555
  Southern District Bar No. 35961
  dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Jennifer Juergens**
  State Bar No. 24101983
  Southern District Bar No. 2996936
  Jennifer.juergens@lockelord.com
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

**SUBSTITUTING ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 2, 2021, I conferred with Plaintiff regarding this Motion and Plaintiff was **unopposed** to this request.

*/s/ Jennifer Juergens*
Jennifer Juergens

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following via ECF pursuant to the Federal Rules of Civil Procedure on August 9 , 2021.

Brandy M. Alexander
2502 La Branch St.
Houston, Texas 77004
Email: Brandyalexander@alexanderpllc.com
*Attorney for Plaintiff*

Mark D. Cronenwett
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com
Phillip W. Danaher
Texas Bar No. 24078395
Southern District Bar No. 2023903
pdanaher@mwzmlaw.com
MACKIE, WOLF, ZIENTZ & MANN, PC
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
*Withdrawing attorneys for Defendants*

*/s/ Jennifer Juergens*
Counsel for Defendants