IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BENITA LEWIS HEIR TO BINDA LEWIS, DECEASED**<br>　*Plaintiff*,<br><br>v.<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC-2, AND PHH MORTGAGE CORPORATION,**<br>　*Defendants.* | §§§§§§§§§§§§§§§§ | **CIVIL ACTION NO. 4:21-cv-02348** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Benita Lewis, Heir to Binda Lewis, Deceased ("Plaintiff") and Defendants Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 (Deutsche Bank") and PHH Mortgage Corporation ("PHH") (together "Defendants") (collectively, the "Parties"), and file this Joint Motion to Dismiss with Prejudice (the "Joint Motion").

The Parties have settled this matter in its entirety. Accordingly, the Parties jointly request that the Court enter the attached Agreed Order of Dismissal with Prejudice, dismissing with prejudice all claims that Plaintiff asserted, or could have asserted, against Defendants in this lawsuit. The Parties also request that the Court enter the attached Final Judgment. The Parties further request that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

101197743v.1

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant their Joint Motion, dismiss this action with prejudice, enter the Agreed Order of Dismissal with Prejudice and Final Judgment submitted herewith, and order that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

        Respectfully submitted,

        */s/ Brandy Alexander\*\* with permission by JJ*
        **Brandy M. Alexander**
        State Bar No. 24108421
        **Alexander Law PLLC**
        2502 La Branch St.
        Houston, Texas 77004
        (832) 360-2318 – Telephone
        (346) 998-0886 – Facsimile
        Email: Brandyalexander@alexanderpllc.com

        **ATTORNEY FOR PLAINTIFFS**

**LOCKE LORD LLP**

/s/ *Jennifer Juergens*
**Robert T. Mowrey (Attorney-in-Charge)**
  State Bar No. 14607500
  S.D. No. 9529
  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**B. David L. Foster**
  State Bar No. 24031555
  S.D. No. 35961
  dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Jennifer Juergens**
  State Bar No. 24101983
  S.D. No. 2996936
  Jennifer.juergens@lockelord.com
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis Street, Suite 2800
Houston, Texas  77002
Telephone: (713) 226-1200
Facsimile:  (713) 223-3717

**COUNSEL FOR DEFENDANTS**

101197743v.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the following via ECF pursuant to the Federal Rules of Civil Procedure on February 21, 2022.

Brandy M. Alexander
2502 La Branch St.
Houston, Texas 77004
Email: Brandyalexander@alexanderpllc.com
*Attorney for Plaintiff*

                                    /s/ *Jennifer Juergens*
                                    Counsel for Defendant

101197743v.1