United States District Court
Southern District of Texas
**ENTERED**
February 21, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BENITA LEWIS HEIR TO BINDA LEWIS, DECEASED**<br>  *Plaintiff,*<br><br>**v.**<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC-2, AND PHH MORTGAGE CORPORATION,**<br>  *Defendants.* | § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 4:21-cv-02348** |

---

**FINAL JUDGMENT**

---

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Agreed Order of Dismissal with Prejudice, it is

**ORDERED**, **ADJUDGED, AND DECREED** that all claims Benita Lewis, Heir to Binda Lewis, Deceased ("Plaintiff") asserted, or could have asserted, against Defendants Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 (Deutsche Bank") and PHH Mortgage Corporation ("PHH") (together "Defendants") in this lawsuit are hereby **DISMISSED WITH PREJUDICE**;  it is further

**ORDERED**, **ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same; and it is further

**ORDERED**, **ADJUDGED, AND DECREED** that this is a **FINAL JUDGMENT** as to

101197505v.1

all claims that Plaintiff asserted, or could have asserted, against Defendants in this lawsuit.

All relief not previously granted is hereby **DENIED**.

**SO ORDERED**.

Signed this ___21st___ day of ___February___, 2022.

_____
Lee H. Rosenthal
Chief United States District Judge